UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
JASON CALABRESE

    PLAINTIFF,

    v.

MEGAN BRENNAN (POSTMASTER GENERAL)

    DEFENDANTS.

------------------------------------X

No. 3:16-cv-0326-MPS

**STATUS REPORT & REQUEST FOR RULE 16 PRETRIAL CONFERENCE**

September 16, 2016

Pursuant to this court's Order on August 17, 2016, Plaintiff requests a Pretrial Conference be scheduled for the above-captioned matter as the parties have failed to arrive at a settlement agreement.

Dated: September 16, 2016

/s/ Joshua A. Douglass
Joshua A. Douglass (JD5674)
426 Old Route 22
Amenia, NY 12501
(631)644-9922
Attorney for Plaintiff
NYS Bar Registration #4349759
jdouglassesq@gmail.com